# EXHIBIT A

Timothy J. Abeel, Jr., Esquire                    **ATTORNEY FOR PLAINTIFFS**
Attorney ID #000292008
TIMOTHY ABEEL & ASSOCIATES, P.C.
309 Fellowship Road
East Gate Center, Suite 200
Mt. Laurel, NJ 08054
(888)830-1474

---

GRISEL RUSSO AND MARK RUSSO            **SUPERIOR COURT OF NEW JERSEY**
                                       **ESSEX COUNTY**

         v.                   **CIVIL ACTION**

THOR INDUSTRIES, INC. AND
CAMPING WORLD RV SALES

## COMPLAINT

1. Plaintiffs, Grisel Russo and Mark Russo, are adult individual citizens and legal residents of the State of New Jersey, residing at 310 Mountain Avenue, Caldwell, NJ 07006.

2. Defendant, Thor Industries, Inc., is a corporation qualified to do and regularly conduct business in the State of New Jersey, with its address and principal place of business located at 601 East Beardsley Avenue, Elkhart, IN 46514, and can be served at this address.

3. Defendant, Camping World RV Sales, is a corporation qualified to do and regularly conduct business in the State of New Jersey, with its address and principal place of business located at 602 Heron Drive, Swedesboro, NJ 08085, and can be served at this address.

## BACKGROUND

4. On or about December 15, 2018, Plaintiffs purchased a new 2018 Chateau Citation, manufactured and warranted by Defendant, bearing the Serial Number WDAPF4CC5H9722505.

5. The vehicle was purchased in the State of New Jersey and is registered in the State of New Jersey.

6. The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet defined by the Lemon Law, totaled more than $91,316.32. A true and correct copy of the contract is attached hereto, made a part hereof and marked Exhibit "A".

7. In consideration for the purchase of said vehicle, Defendant issued to Plaintiffs several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

8. The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiffs.

9. The parties' bargain includes an express warranty, as well as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and owner's manual.

10. However, as a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes and is worthless to Plaintiffs.

11. During the warranty period, Plaintiffs complained about defects and or non-conformities to the following vehicle components: air conditioner button pushed in, levelers not working, passenger side rear lights need replacing, bathroom fan inoperative, couch slide out leaks on lower right side, bed slide inoperative, GPS/radio dies after 3-4 hours, driver's side traction pad missing, loud rattle in driver's side door, stitching in couch coming apart, window blind inoperative, refrigerator door not sealing flush, screw covers popping off, steps inoperative, awning rear bar snapped, living area roof leaks, major leak in skylight when raining, main water valve at city water severely leaking, vinyl floor lifting while driving, furnace wooden vent not staying on, bedroom slide out and the living room slide out has gaps, bedroom wooden side

panel pops out all the time, bathroom wooden panel pops out all the time, kitchen sink not draining completely, right front hub cap missing, toilet seat screw covers not staying closed, and floors damaged from leaks. True and correct copies of the repair invoices in Plaintiff's possession, are attached hereto, made a part hereof and marked Exhibit "B".

12. The vehicle continues to exhibit defects and nonconformities which substantially impairs its use, value and/or safety.

## COUNT I
## AGAINST THOR INDUSTRIES, INC.
## NEW JERSEY MOTOR VEHICLE WARRANTY ACT

13. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein:

14. Plaintiffs are "Consumers" as defined by N.J.S.A. 56:12-30.

15. Defendant is a "Manufacturer" as defined by N.J.S.A. 56:12-30.

16. Camping World RV Sales is and/or was at the time of sale a "Dealer or Motor Vehicle Dealer" in the business of buying, selling, and/or exchanging vehicles as defined by N.J.S.A. 56:12-30.

17. On or about December 15, 2018, Plaintiffs took possession of the above mentioned Vehicle and experienced nonconformities as defined by N.J.S.A. 56:12-29 et seq., which substantially impairs the use, value and/or safety of the vehicle.

18. Defendant through its authorized dealer failed to provide written notification that the vehicle was covered by the New Jersey Motor Vehicle Warranty Act as provided in N.J.S.A. 56:12-34(c). Plaintiffs believe and therefore avers said failure is a per se violation of the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et seq., as well as a violation of the New Jersey Motor Vehicle Warranty Act.

19. The nonconformities described violate the express written warranties issued to

Plaintiffs by Defendant.

20. Section 56:12-32 of the New Jersey Motor Vehicle Warranty Act provides:

a. If during the period specified in section 3 of this act, the manufacturer or its dealer is unable to repair or correct a nonconformity within a reasonable time, the manufacturer shall accept return of the motor vehicle from the consumer. The manufacturer shall provide the consumer with a full refund of the purchase price of the original motor vehicle including any stated credit or allowance for the consumer's used motor vehicle, the cost of any options or other modification arranged, installed, or made by the manufacturer or its dealer within 30 days after

the date or original delivery, and any other charges or fees including, but not limited to, sales tax, license and registration fees, finance charges, reimbursement for towing and reimbursement for actual expenses incurred by the consumer for the rental of a motor vehicle equivalent to the consumer's motor vehicle and limited to the period during which the consumer's motor vehicle was out of service due to a nonconformity, less a reasonable allowance for vehicle use.

21. Section 56:12-33 of the New Jersey Motor Vehicle Warranty Act provides a

presumption of a reasonable number of repair attempts:

a. It is presumed that a manufacturer or dealer is unable to repair or correct a nonconformity within a reasonable time if, within the first 24,000 miles of operation or during the period of two years following the date of original delivery of the motor vehicle to a consumer, whichever is the earlier date:

(1) Substantially the same nonconformity has been subject to repair three or more times by the manufacturer or its dealer and the nonconformity continues to exist; or

(2) The motor vehicle is out of service by reason of repair for one or more nonconformities for a cumulative total of 20 or more calendar days since the original delivery of the motor vehicle and a nonconformity continues to exist.

b. The presumption contained in sub-section a. of this section shall apply against a manufacturer only if the manufacturer has received written notification, by or on behalf of the consumer, by certified mail return receipt requested, of a potential claim pursuant to the provisions of this act and has had one opportunity to repair or correct the defect or condition within 10 calendar days following receipt of the notification. Notification by the consumer shall take any time after the motor vehicle has had substantially the same nonconformity subject to repair two or more times or has been out of service by reason of repair for a cumulative total of 20 or more calendar days.

22. Plaintiffs have satisfied the above definition as the vehicle has been subject to repair

more than three (3) times for the same nonconformity, and the nonconformity remained
uncorrected.

23. In addition, the above vehicle has or will be out of service by reason of the
nonconformities complained of for a cumulative total of three hundred sixty five (365) or more
calendar days.

24. Plaintiffs have delivered the nonconforming vehicle to an authorized service and
repair facility of the Defendant on numerous occasions as outlined below.

25. After a reasonable number of attempts, Defendant was unable to repair the
nonconformities.

26. Plaintiffs have been and will continue to be financially damaged due to Defendant's
intentional, reckless, wanton, and negligent failure to comply with the provisions of N.J.S.A.
56:12-29 et seq.

27. Plaintiffs have provided Defendant with a final repair opportunity prior to filing the
written Complaint.

28. Pursuant to N.J.S.A. 56:12-29 et seq, Plaintiffs seek relief for losses due to the
nonconformities and defects in the above-mentioned vehicle in addition to reasonable attorney
fees and all court costs.

WHEREFORE, Plaintiffs respectfully demand judgment against Defendant in an amount
equal to the price of the subject vehicle, plus all collateral charges, attorney's fees, and all court
costs.

**COUNT II**
**AGAINST BOTH DEFENDANTS**
**MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT**

29. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by

reference as if fully set forth at length herein.

30. Plaintiffs have or may have resorted to Defendant's informal dispute settlement Procedure, to the extent said procedure complies with 16 CFR 703.

31. Plaintiffs aver that the Federal Trade Commission (FTC) has determined that no automobile manufacturer complies with 16 CFR 703, See, Fed. Reg. 15636, Vol. 62, No. 63 (Apr. 2, 1997).

32. Plaintiffs are "Consumers" as defined by 15 U.S.C. §2301(3).

33. Defendant is a "supplier", "warrantor", and a "service contractor" as defined by 15 U.S.C. §2301 (4),(5) and (8).

34. The subject vehicle is a "consumer product" as defined by 15 U.S.C. §2301(1).

35. By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

36. The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

37. Defendant has made attempts on several occasions to comply with the terms of its Express warranties, however, such repair attempts have been ineffective.

38. The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

39. Plaintiffs have afforded Defendant a reasonable number of opportunities to conform

the vehicle to the aforementioned express warranties, implied warranties and contracts.

30. As a direct and proximate result of Defendant's failure to comply with the express written warranties, Plaintiffs have suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiffs are entitled to bring suite for such damages and other legal and equitable relief.

41. Defendant's failure is a breach of Defendant's contractual and statutory obligations constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not limited to: breach of express warranties; breach of implied warranty of merchantability; breach of implied warranty of fitness for a particular purpose; breach of contract; and constitutes an Unfair Trade Practice.

42. Plaintiffs aver that Defendant's warranty was not provided to Plaintiff until after the vehicle was delivered, making any and all limitations, disclaimers, and/or alternative dispute provisions ineffective for a failure of consideration.

43. Plaintiffs aver that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

WHEREFORE, Plaintiffs respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.

## COUNT III
## AGAINST BOTH DEFENDANTS
## UNIFORM COMMERCIAL CODE

44. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by reference as if fully set forth as length herein.

45. The defects and nonconformities existing within the vehicle constitute a breach of

contractual and statutory obligations of Defendant, including but not limited to the following:

      a. Express Warranty;

      b. Implied Warranty of Merchantability; and

      c. Implied Warranty Of Fitness For A Particular Purpose.

46. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiffs have justifiably relied upon Defendant's express warranties and implied warranties of Fitness for a particular purpose and implied warranties of merchantability.

47. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendant was aware Plaintiffs were relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject vehicle.

48. Plaintiffs have incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

49. Such damages include, but are not limited to, the contract price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

WHEREFORE, Plaintiffs respectfully demand judgment against Defendant in an amount equal to the contract price of the vehicle, plus all collateral charges and attorneys' fees.

## COUNT III
## AGAINST BOTH DEFENDANTS
## NEW JERSEY CONSUMER FRAUD ACT

50. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

51. Plaintiffs are "Persons" as defined by J.J.S.A. 56:8-1(d).

52. Defendant is a "Person" as defined by N.J.S.A. 56:8-1(d).

53.     Defendant's actions surrounding the sale and servicing of the subject vehicle were unconscionable. Defendant's agents also acted with a reckless and callous disregard for Plaintiffs' rights in negotiating and handling Plaintiffs' warranty claims.

54.     Defendant's actions surround the sale and servicing of said vehicle constitute a unconscionable commercial practice, deception, fraud, false pretense, false promise, and/or misrepresentation. Defendant and its agents acted affirmatively in such a manner as to be an unlawful commercial practice.

55.     Defendant acted knowingly with the intent to cause Plaintiffs' reliance thereupon.

56.     Defendant knowingly concealed, suppressed, or omitted facts material to the transactions at issue, in that Defendant was aware the defect(s)/conditions(s) could not be repaired, and that the ineffectual repairs were performed by incompetent or unqualified individuals. Defendant's failure to verify the defect(s) or conditions(s) constitutes a refusal to perform the repairs under its statutory or contractual obligations.

57.     Defendant through its authorized dealer failed to provide written notification that the vehicle was covered by the New Jersey Motor Vehicle Warranty Act N.J.S.A. 56:12-34(c) and Plaintiff believes and therefore avers said failure is a per se violation of the New Jersey Consumer Fraud Act N.J.S.A. 56:8-1 et seq. as well as a violation of the New Jersey Motor Vehicle Warranty Act.

58.     Plaintiffs believe and therefore aver that the defect(s) or condition(s) outlined previously is/are an inherent design defect and that as such the Defendant must certify the existence of this defect or condition to the Division of Consumer Affairs. Defendant has failed to file this certification and this failure is a violation of the New Jersey Consumer Fraud Act N.J.S.A. 56:8-1 et seq.

59.     Defendant's failure to supply an itemized legible statement of repair is an unlawful practice pursuant to the New Jersey Consumer Fraud Act N.J.S.A. 56:8-2.

60.     The act prohibits the aforementioned action of Defendant in the sale and attempted repair of the subject vehicle.

61.     Plaintiffs believe and therefore aver the reckless, wanton and willful failure of Defendant to comply with the terms of the written warranties constitutes an unfair method of competition.

62.     As a result of Defendant's unlawful conduct, Plaintiffs have and will continue to suffer ascertainable financial loss proximately caused by the Defendant's conduct. Said losses are outlined as follows:

      a.  Plaintiffs are entitled to a full refund N.J.S.A. 56:8-2.11-12;

      b.  Plaintiffs' vehicle, given the defect/condition, is worthless;

      c.  Plaintiffs lost time from work and other money as a result of having to take the vehicle in for the repeated repair attempts;

      d.  Plaintiffs have been relegated to finding alternative means of transportation while the vehicle was in for repairs and while the vehicle has been in its present condition.  As a result, Plaintiff has incurred additional transportation costs; and

      e.  Plaintiffs have expended sums to maintain, store, insure, register, and other expenses for transportation.

WHEREFORE, Plaintiffs respectfully demand judgment against Defendant for compensatory damages, treble damages, attorney fees, costs of suit, and any further relief as the Court may deem just and proper.

**TIMOTHY ABEEL & ASSOCIATES, P.C.**

By: */s/ Timothy J. Abeel, Jr.*
Timothy J. Abeel, Jr., Esquire
Attorney for Plaintiffs

# JURY-DEMAND

Plaintiffs hereby demand a trial by jury as to all the issues

### TIMOTHY ABEEL & ASSOCIATES, P.C.

By: /s/ *Timothy J. Abeel, Jr.*
    Timothy J. Abeel, Jr., Esquire
    Attorney for Plaintiffs


# CERTIFICATION PURSUANT TO R.4:15-1

Upon knowledge and belief, I hereby certify that there are no other actions or arbitrations

related to this suit pending or presently contemplated.

### TIMOTHY ABEEL & ASSOCIATES, P.C.

By: /s/ *Timothy J. Abeel, Jr.*
    Timothy J. Abeel, Jr., Esquire
    Attorney for Plaintiffs

# CERTIFICATION OF NOTICE

Pursuant to N.J.S.A. 56:8-20 Plaintiffs are mailing a copy of this Complaint to the Office

of The Attorney General, Richard J. Hughes Justice Complex, 25 West Market Street in the City

of Trenton, County of Mercer, in the state of New Jersey on

**TIMOTHY ABEEL & ASSOCIATES, P.C.**

By: */s/ Timothy J. Abeel, Jr.*
    Timothy J. Abeel, Jr., Esquire
    Attorney for Plaintiffs

# DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 4:25-4, Timothy J. Abeel, Jr., Esq. is

designated as trial counsel for Plaintiffs in this case.

**TIMOTHY ABEEL & ASSOCIATES, P.C.**

By: */s/ Timothy J. Abeel, Jr.*
       Timothy J. Abeel, Jr., Esquire
       Attorney for Plaintiffs

# EXHIBIT "A"

3310859

# CAMPING WORLD RV SALES

602 HERON DR                    SWEDESBORO, NJ 08085     800-889-8923

The front and reverse sides of this document constitute a binding purchase contract, not a warranty, between Buyer(s) and Dealer only. Buyer(s) understand and acknowledge that Dealer is a separate and distinct entity from, and not the principal or agent or any manufacturer(s) or any manufacturer(s) from Dealer. Buyer(s) further understand that any references herein to manufacturer(s) are for the purpose of generally explaining and distinguishing the manufacturer(s) from Dealer. Buyer(s) understand that no manufacturer(s) can make any representation, agreement, inducement, or warranty, which is binding upon or enforceable against Dealer. Further, this Agreement is not binding upon Dealer unless and until signed by Dealer, and such signed Agreement will constitute the entire, final and binding contract between Buyer(s) and Dealer. As used herein, the use of the word "Agreement" refers to the front and back of this Purchase Agreement. The word "Buyer(s)" refers to the Buyer(s) signing this Agreement (whether singular or plural), while the "Dealer" refers to the Dealer actually signing this Agreement, and the term "Unit" refers to the product described below which Buyer(s) is/are purchasing. Buyer(s) acknowledge this Agreement is fully complete and that Dealer provided ample opportunity for Buyer(s) to read this Agreement prior to affixing signatures hereto, and that Buyer(s) signed this Agreement under no duress from Dealer, and free from any influence of medication, alcohol, or any other factors that might affect the judgment or capacity of Buyer(s).

| BUYER(S) | GRISEL RUSSO / MARK V RUSSO | | | | | | |
|---|---|---|---|---|---|---|---|
| SALESPERSON | | | BUS. PHONE | | CELL PHONE | | DATE 12/15/2018 |
| YEAR 2018 | MAKE CHATEAU CITATION | | MODEL 24SR | | AMOUNT | STOCK NUMBER 1475827 | |
| CHASSIS MAKE & MODEL | | WDAPF4CC5H9722505 | | MILES | 753 | GROSS VEHICLE WT | |
| ☒ NEW ☐ USED | E-MAIL MVR2000@AOL.COM | | | | | DEL. DATE 12/15/2018 | |

| INSURANCE AGAINST LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE TO OTHERS IS NOT INCLUDED IN THIS TRANSACTION. | | | SETTLEMENT | |
|---|---|---|---|---|
| | | | BASE PRICE OF VEHICLE (INCL. FACT OPTIONAL EQUIP) | $ |
| OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES | | | BASE PRICE OF VEHICLE (INCL. FACT OPTIONAL EQUIP) | $ 85176 00 |
| PFLSTO - PREP-FOR-LOT TRAVEL TRAILER, 5TH WHEEL, C | $ | 0 00 | Trade-in Allowance and/or Discount | 0 00 |
| SOLD - SOLO-PREP ALL UNITS. PREPARE UNIT FOR DELIV | | 0 00 | Net Sales Price after Trade | 85176 00 |
| PFP - PURGE AND FILL PROPANE TANKS. 0.2 PER TANK | | 0 00 | Sales Tax | 5657 82 |
| WALK - PERFORM WALKTHROUGH ORIENTATION FOR TT, 5W. | | 0 00 | Public Officials & Fees | 250 00 |
| DETAIL - DETAIL CLASS B,C,TT,5W, 1,5 | | 0 00 | Tire Fee | 7 50 |
| M1 - AIRLINE DISCOUNT | | -850 00 | CW: Doc Fee – Document Delivery Fee | 74 00 |
| | | | CW: Doc Fee – Clerical Fee | 161 00 |
| | | | N/A | 0 00 |
| | | | N/A | 0 00 |
| | | | N/A | 0 00 |
| BALANCE CARRIED TO OPTIONAL EQUIPMENT | $ | -850 00 | N/A | 0 00 |
| | | | N/A | 0 00 |
| TOW VEHICLE SPECS. | | | N/A | 0 00 |
| YR. | MAKE | 4X4 1/2 3/4 1 Ton | SHORT BED | YorN | N/A | 0 00 |
| STD HT | YorN | STD TIRES | YorN | STEP SIDE | YorN | N/A | 0 00 |
| STD REAR BUMPER or DROPPED | | SHO LINER | YorN | N/A | 0 00 |
| TRADE-IN INFORMATION | | | | 91316 32 |
| YEAR | MAKE | MODEL | SERIAL NO. | | N/A | 0 00 |
| LIC.NO. | STATE AND TAG | | MILEAGE | ALLOWANCE | N/A | 0 00 |
| YEAR | MAKE | MODEL | SERIAL NO. | | | |
| LIC.NO. | STATE AND TAG | | MILEAGE | ALLOWANCE | | 91316 32 |
| TRADE-IN DEBT TO BE PAID BY BUYER(S) UNLESS OTHERWISE STATED HEREIN. | | | Balance Owed on Trade In | 0 00 |
| It is mutually understood that this agreement is subject to necessary corrections and adjustments concerning changes in net payoff on trade-in to be made at the time of settlement BUYER AND DEALER CERTIFY THAT THE ADDITIONAL TERMS AND CONDITIONS PRINTED ON THE BACK OF THIS AGREEMENT, INCLUDING AN "AS-IS" CLAUSE, DISCLAIMERS OF ALL WARRANTIES AND LIMITATION AND DISCLAIMER OF DAMAGES CLAUSES, ARE AGREED TO AS PART OF THIS AGREEMENT, THE SAME AS IF PRINTED ABOVE THE SIGNATURE. | | | Cash Down | 0 00 |
| | | | AMOUNT RECEIVED | 91316 32 |
| | | | ALL VEHICLES ARE SOLD "AS-IS", WITH NO EXPRESS OR IMPLIED WARRANTIES FROM DEALER. THIRD PARTY EXTENDED SERVICE CONTRACT MAY BE AVAILABLE AT ADDITIONAL COST TO ME. | |

Dealer makes no guarantee or warranty, express or implied. This vehicle is sold by Dealer "AS-IS" with no Dealer guarantee or warranty, implied or express. Dealer does not affirm or adopt any manufacturer warranty(s) available to the Unit or any of its components. DEALER HEREBY DISCLAIMS AND EXCLUDES FROM THIS SALE ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS. BUYER(S) ACKNOWLEDGE THIS DISCLAIMER IS MADE IN CAPITALIZED, BOLD AND UNDERLINED FONT AND IS "CONSPICUOUS." Buyer(s) understand Dealer does not warrant the year of this Unit, the year of the chassis, or the year of any of its component parts, and that the manufacturer(s) of the Unit, chassis, or component is solely responsible for the accuracy of this information. If Buyer(s) is/are purchasing a "new" Unit as indicated above, Buyer(s) acknowledge that a "new" means only that the Unit has not been previously titled although the Unit may have been used in a demo or a show, new does not create any warranty or expectation of value or performance. Buyer(s) understand and agree that if either of Buyer(s) or Dealer should breach this contract or if Buyer(s) institute any claim arising out of purchase of the Unit, the statute of limitation for any such claim is limited to one (1) year from the date of sale.

Entire Agreement: No Reliance The written terms on the front and reverse side of this Agreement comprise the entire Agreement between Buyer(s) and Dealer, and Buyer(s) have read and understand the front and reverse side of this Agreement. No verbal, unwritten, electronic or other communication of any nature not contained in this Agreement was relied upon by Buyer(s), became part of the basis of Buyer(s) bargain, or is enforceable by Buyer(s) against Dealer even if alleged or determined to constitute fraud, fraudulent inducement, or fraudulent misrepresentation and no such verbal, unwritten, electronic, or other communication shall invalidate this Agreement or serve as grounds for Buyer(s)' rejection, rescission, or revocation of acceptance of this Agreement or this Unit, such that Buyer(s) cannot seek or obtain any statutory, legal, equitable or other relief against Dealer as a result thereof. Buyer(s) acknowledge and agree that all discussions, negotiations, advertisements, representations, and affirmations of fact in any format, whether verbal, written, electronic or other, which are not written in this Agreement, were not relied upon by Buyer(s), are not included in this Agreement, and are not enforceable against Dealer.

CAMPING WORLD RV SALES –
BRIDGEPORT                    DEALER    SIGNED  _____  BUYER

Not Valid Unless Signed and Accepted by an Officer or Authorized Agent of the Company

SIGNED  _____  BUYER

See Important Additional Terms and Conditions on reverse side.

# EXHIBIT "B"



CUSTOMER #: 117232                    137711        
                                                     Mercedes-Benz
                                                     of Caldwell

MARK RUSSO

                                     PAGE 1

BUS:                CELL:973-725-3648   SERVICE ADVISOR:  7087 BRIAN BAINUM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| BLACK | 17 | MB TRUCK SPRINTER 35 | WDAPF4CC5H9722505 | A93KTG | 748/750 | T3484 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 01JAN17 DI | | | 18:00 28JUN19 | | 179.00 | CASH | 01JUL19 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 11:43 28JUN19 | 16:44 01JUL19 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|-----------------------------|------|-----|-------|

A 20180010005 NC3ZERTM17
CAUSE: CAMPAIGN
    022085 OPERATIONS: UPDATE SOFTWARE FOR CDI
        CONTROL UNIT ACC. NO.:99 931 76, CODE:
        NC3ZERTM17
        5726 ROBERTSON,CRAIG LIC#: 1
            WS 0.40                                                    (N/C)
12173 UPDATED CDI SOFTWARE As per campaign, updated software in CDI
& performed SCN coding.
    *****************************************************
B CUSTOMER STATES A/C TEMP BUTTON PUSHED IN
CAUSE: LOOSE
    68474 REMOVE/INSTALL CENTER COVER ONINSTRUMENT
        PANEL, REPLACE IF NECESSARY
        5726 ROBERTSON,CRAIG LIC#: 1
            WS  0.30                                                   (N/C)
    831918 CONTROL UNIT FOR A/C SYSTEM REPLACE (AFTER
        CHECK)
        5726 ROBERTSON,CRAIG LIC#: 1
            WS  0.20                                                   (N/C)
AC PUSHBUTTON MODULE IS NOT PROPERLY SECURED Checked AC Pushbutton
module. Found left side of module is sunk into dash. R&R center dash
trim panel. AC pushbutton module is not properly aligned on retaining
lug. Re-secured AC pushbutton module.
    *****************************************************
C PERFORM MULTI-POINT INSPECTION
    MPI PERFORM MULTI-POINT INSPECTION
        5726 ROBERTSON,CRAIG LIC#: 1
            ISP  0.00                                                  (N/C)
    *****************************************************

| CASH   CREDIT CARD   CHECK | STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|-----|-----|-----|
| IF YOU ARE NOT 100% SATISFIED WITH | The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | LABOR AMOUNT | 0.00 |
| | | PARTS AMOUNT | 0.00 |
| | | GAS, OIL, LUBE | 0.00 |
| YOUR SERVICE EXPERIENCE, PLEASE SEE | | SUBLET AMOUNT | 0.00 |
| | | MISC. CHARGES | 0.00 |
| RECEPTIONIST OR DIAL (973) 227-3600 | | TOTAL CHARGES | 0.00 |
| | | LESS INSURANCE | 0.00 |
| EXT. 7820 | | SALES TAX | 0.00 |
| | CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 0.00 |

**CUSTOMER COPY**

**CAMPING WORLD RV SALES, LLC d/b/a GANDER RV SALES**
8198 GANDER WAY
ROANOKE VA 24019
Ph: 1-888-772-1230

W/O: 29157
Customer Name: 2154269 - RUSSO,
GRISEL

Phone#(bus):
Cell Phone:

Manufacturer: THOR MOTOR COACH
Brand: CHATEAU CITATION
Model: 24SR
Length:
Serial#: NCT24SR0001049
Chassis#: WDAPF4CC5H9722505
Miles/Hrs: 6911
Purchased Date: 17 DEC 18
Warranty Date: 17 DEC 18
InService Date: 19 MAR 19

Promised Date: 25 MAR 19
Completed Date:
Invoice#:

W/O: 29157   RUSSO GRISEL

---

**Job #: 1 - Warranty**
Status: Completed
LEVELERS ARE NOT WORKING

Mechanic Cause: Ground wire screw head broke off.

Mechanic Correction: Install new ground screw to frame, test for proper operation.
Labor .3

| Labor Code | Description | Mechanic | Hrs |
|---|---|---|---|
| L | LABOR | DA | 0.00 |

Passenger side Rear Lifts needs Replace — than part

Bathroom fan . NOT working
Climate control Dial on Dash Pushed IN
Bathroom faucet leaks from bottom

Couch slideout Leaks on lower Right side

Levelers still — Not working until you Giggle wires by battery
Back Bed slide out on/off works Than stops
    Before completely Extending  ★ Rubber TRIM around Bed
Couch stitching worn    ★ Remote Control TV.
Garmin Radio - Dies after 3-4 Hours.
Drivers side Traction Pad Missin .

---



CAMPING WORLD RV SALES - LAKEWOOD
1359 RIVER AVE
LAKEWOOD NJ 08701
(PH) 732-901-5757



WO #: 47783 (Appointment Date: 05 JUL 2019 - Time: 09:00am)
Customer Name: 2154269 - RUSSO,     WO Date: 05 JUL 19
GRISEL     Tag#: 3573

First Name: GRISEL
ExtW Co: USP
ExtW No:
Promised Date: 23 SEP 19
Completed Date: 19 SEP 19
Invoice#: 132375

Length:
Serial#: NCT24SR0001049
Chassis#: WDAPF4CC5H9722505
Miles/Hrs: 3746
Purchased Date: 17 DEC 18
Warranty Date: 17 DEC 18
InService Date:

**Promised Date: 23 SEP 19**

## Job #1 - Warranty
COMPLAINT: CUSTOMER STATES: LEAK IN COUCH SLIDE OUT. IF IT RAINS HARD YOU WILL SEE A PUDDLE ON FLOOR NEAR THE DRIVERS SIDE SEAT. HAD A SEAL REPLACED AT BRI STORE BUT STILL LEAKING. INSPECT & ADVISE NEED PICTURES

CAUSE: CUP ON FRONT OF SLIDE IS PITCHED INWARD ALLOWING WTER TO OVERFLOW TO INSIDE OF COACH.
Per NM, cups angled inwards

CORRECTION: NEED TO INSTALL SHIMS UNDER CUP TO PITCH IT TOWARDS THE OUTSIDE.
1.0HRS.
COMPLETE.

| Labor Code | Description | | Mechanic | Total |
|---|---|---|---|---|
| Z992 | Z990 | | NM | N/C |
| Z992 | SEALS | | TP | N/C |

| Parts Part # | Description | Qty | Price | Total |
|---|---|---|---|---|
| 137859 | CLEAR SILICONE | 1.00 | N/C | N/C |

Subtotal for Job #1:     0.00

## Job #2 - External
COMPLAINT: CUSTOMER STATES: GPS/RADIO BLACKS OUT AT ALMOST EXACTLY 4 HOURS. INSPECT & ADVISE. GPS POSTION WILL FREEZE. UPDATE: CUSTOMER WAS ON TRIP AND THE UNIT WAS FLICKERING AND THEN WENT BLACK. THE BLUETOOTH GOES IN AND OUT AS WELL. NEED PICTURES. PLEASE CHECK AND ADVISE.

CAUSE: TEST DROVE UNIT TWICE AND RADIO/GPS WORKED BOTH TIMES FOR ENTIRE TRIP. CUSTOMER STATES NOT WORKING PROPERLY.

CORRECTION: COULD NOT DUPLICATE.
TEST DROVE UNIT WITH BLUETOOTH CONNECTED AND NAVIGATION RUNNING. DURING TEST DRIVE HEAD UNIT OPERATED PROPERLY WITH ZERO SIGNS OF FREEZING UP, BLACKING OUT, DISCONNECTING, OR ANY OTHER ISSUES.
COMPLETE.

*took charge au update needed as per manufa ...*

| Labor Code | Description | | Mechanic | Total |
|---|---|---|---|---|
| | | | | |



| Z992 | Z990 | | NM | 13.50 |
| Z992 | Z990 | | TP | 13.50 |

**Subtotal for Job #2:** 27.00

---

**Job #3 - Warranty**
COMPLAINT: Transferred to LAK*48295 on 19 SEP 19
Estimate amount was 0.00
CUSTOMER STATES: RATTLE IN THE DRIVER SIDE DOOR. INSPECT & ADVISE

CAUSE: NOISE IS COMING FROM AREA ABOVE DOOR WHERE OVERHANG ATTACHES TO CAB.
WILL NEED ADDITIONAL TIME TO REMOVE TRIM AND SEE WHATS GOING ON INSIDE CAP. NOISE
COMING FROM FRONT D/S CORNER.
Rattle/clicking sound near driver door.

CORRECTION: NEED ADDITINAL TIME TO GET IN THERE AND SEE WHAT IS MAKING NOISE.
During course of test drive, a rattle/clicking/popping sound was heard above the driver's seat. Noise
appears to be coming from above the door near where the overhang attaches to cab. Recommend removal
of bunk and beauty cover plats in overhead bunk area in order to diagnose. Recommend additional test
drive during diag to determine if noise is coming from bunk, beauty plates, or another cause. Need approx
1.5 hours for R&I of bunk, beauty plates, and further diag.

| Labor Code | Description | | Mechanic | Total |
|---|---|---|---|---|
| Z992 | Z990 | | NM | N/C |
| Z992 | Z990 | | TP | N/C |

**Subtotal for Job #3:** 0.00

---

**Job #4 - Warranty**
COMPLAINT: CUSTOMER STATES: STITCHING IN COUCH COMING APART - INSPECT & ADVISE.

CAUSE: STITCHING IS INDEED PULLING OUT.

CORRECTION: COUCH REPLACED.
COMPLETE.

| Labor Code | Description | | Mechanic | Total |
|---|---|---|---|---|
| Z992 | Z990 | | NM | N/C |
| Z992 | Z990 | | TP | N/C |

| Parts Part # | Description | Qty | Price | Total |
|---|---|---|---|---|
| 0383651 | SOFA, 60", TRI-FOLD, TFN0019, KEEGAN DESERT/SHIMMER MAGNETITE, W/TOP STITCH | 1.00 | N/C | N/C |

| Other Services Code | Description | Qty | Price | Total |
|---|---|---|---|---|
| FRT | FREIGHT | 1.00 | N/C | N/C |

**Subtotal for Job #4:** 0.00

---

**Job #5 - External**
COMPLAINT: CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. LEFT SIDE
BEFORE BEDROOM. NEED PICTURES

CAUSE: STOPS NOT SET

CORRECTION: RESET STOP AND RISE SPEED. COMPLETE.

| Labor Code | Description | | Mechanic | Total |
|---|---|---|---|---|
| Z992 | Z990 | | NM | 0.00 |
| Z992 | Z990 | | TP | 0.00 |

|  |  | Subtotal for Job #5: | 0.00 |
|--|--|--|--|

### Job #6 - External
COMPLAINT: CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. RIGHT SIDE BEFORE-BEDROOM. NEED PICTURES

CAUSE: STOP AND SPEED NOT SET

CORRECTION: SET STOP AND RISE SPEED. COMPLETE.

| Labor Code | Description | Mechanic | Total |
|--|--|--|--|
| Z992 | Z990 | NM | 0.00 |
| Z992 | Z990 | TP | 0.00 |
|  |  | Subtotal for Job #6: | 0.00 |

### Job #7 - External
COMPLAINT: CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. LEFT SIDE IN BEDROOM. NEED PICTURES

CAUSE: STOP AND RISE SPEED NOT SET.

CORRECTION: SET STOP AND RISE SPEED. COMPLETE.

| Labor Code | Description | Mechanic | Total |
|--|--|--|--|
| Z992 | Z990 | NM | 0.00 |
| Z992 | Z990 | TP | 0.00 |
|  |  | Subtotal for Job #7: | 0.00 |

### Job #8 - External
COMPLAINT: CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. RIGHT SIDE IN BEDROOM. NEED PICTURES

CAUSE: STOP AND RISE SPEED NOT SET.

CORRECTION: SET STOP AND RISE SPEED. COMPLETE.

|  |  | Subtotal for Job #8: | 0.00 |
|--|--|--|--|

### Job #9 - External
COMPLAINT: CUSTOMER STATES: REFER DOOR DOES NOT SEAL FLUSH. VERY LOOSE AND FEELS A DRAFT. INSPECT & ADVISE.

CAUSE: GASKET IS MAKING CONTACT ALL THE WAY AROUND BOTH FRIDGE AND FREEZER. THERE CANT BE A DRAFT BECAUSE THERE IS NO FAN IN THIS REFER.
NORCOLD N611RT 27101827

CORRECTION: COULD NOT DUPLICATE.
COMPLETE.

| Labor Code | Description | Mechanic | Total |
|--|--|--|--|
| Z992 | Z990 | NM | 1.35 |
| Z992 | Z990 | TP | 0.00 |
| Z992 | Z990 | NM | 13.50 |
|  |  | Subtotal for Job #9: | 14.85 |

### Job #10 - External
COMPLAINT: CUSTOMER STATES: ENTRY DOOR RATTLES VERY LOUD WHILE IN TRANSIT. INSPECT & ADVISE NEED PICTURES. 8/27 CUSTOMER STATES THE DOOR STILL WONT SEAL,

LOOK AT TOP RIGHT CORNER. PLEASE RE-VISIT.

CAUSE: ENTRY DOOR LOCK SQUEAKING. LUBE LOCK AND POST

CORRECTION: LUBE LOCK AND POST. NO AREAS WHERE METAL IS RUBBING. DROVE AGAIN AFTER LUBING AND NO MORE NOISE FROM ENTRY DOOR. COMPLETE.

| Labor Code | Description | Mechanic | Total |
|---|---|---|---|
| Z992 | Z990 | NM | 14.50 |
| Z992 | Z990 | TP | 14.50 |
| Z993 | BACKFLAG | TP | -14.50 |
| Z993 | BACKFLAG | NM | -14.50 |

|  |  |
|---|---|
| Subtotal for Job #10: | 0.00 |
| Parts Total: | 0.00 |
| Labour Total: | 41.85 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| Tax Total: | 1.87 |
| Work Order Total: | 43.72 |

DATE VEHICLE DROPPED OFF 8/27/2019

DATE OF APPOINTMENT 8/27/2019

REPAIR COMPLETION DATE 9/19/2019

OWNER NOTIFIED OF COMPLETION @ TIME 1:20 DATE 9/19/2019

DATE RELEASED/COLLECTED 10/19/2019

I/WE, THE UNDERSIGNED, ACKNOWLEDGE THE FOREGOING AS FACTUAL AND I/WE HEREBY ACKNOWLEDGE RECEIPT OF THE COMPLETED WORKORDER. I/WE HAVE INSPECTED MY/OUR VEHICLE AND HAVE EXAMINED THE WORK DONE. I/WE CONFIRM THAT THE WORK HAS BEEN COMPLETED TO MY/OUR SATISFACTION.

SIGNATURE OF OWNER 



020 4 0

CAMPING WORLD RV SALES - LAKEWOOD
1359 RIVER AVE
LAKEWOOD NJ 08701
Ph: 732-901-5757

W/O: 47783 (Appointment Date: 05 JUL 2019 - Time: 09:00am)

| | | |
|---|---|---|
| Customer Name: 2154269 - RUSSO, GRISEL | WO Date: 05 JUL 19 | First Name: GRISEL |
| | Tag#: 3573 | ExtW Co: USP |
| | | ExtW No: |
| | | Promised Date: 27 AUG 19 |
| | | Completed Date: |
| | ACH | Invoice#: |
| Phone#(bus): | Brand: CHATEAU CITATION | |
| Cell Phone: | Model: 24SR | |
| Email: MVR2000@AOL.COM | Length: | |
| | Serial#: NCT24SR0001049 | |
| | Chassis#: WDAPF4CC5H9722505 | |
| | Miles/Hrs: 3746 | |
| | Purchased Date: 17 DEC 18 | |
| | Warranty Date: 17 DEC 18 | |
| | InService Date: | |

**Job #: 1 - Warranty**
Status: Completed
CUSTOMER STATES: LEAK IN COUCH SLIDE OUT. IF IT RAINS HARD YOU WILL SEE A PUDDLE ON FLOOR NEAR THE DRIVERS SIDE SEAT. HAD A SEAL REPLACED AT BRI STORE BUT STILL LEAKING. INSPECT & ADVISE NEED PICTURES

Mechanic Cause: CUP ON FRONT OF SLIDE IS PITCHED INWARD ALLOWING WTER TO OVERFLOW TO INSIDE OF COACH.

Mechanic Correction: NEED TO INSTALL SHIMS UNDER CUP TO PITCH IT TOWARDS THE OUTSIDE. 1.0HRS.

| Labor Code | Description | Mechanic | Hrs |
|---|---|---|---|
| Z992 | Z990 | NM | 0.10 |
| Z992 | SEALS | | 0.90 |

**Job #: 2 - Warranty**
Status: D
CUSTOMER STATES: GPS/RADIO BLACKS OUT AT ALMOST EXACTLY 4 HOURS. INSPECT & ADVISE. GPS POSTION WILL FREEZE. UPDATE: CUSTOMER WAS ON TRIP AND THE UNIT WAS FLICKERING AND THEN WENT BLACK. THE BLUETOOTH GOES IN AND OUT AS WELL. NEED PICTURES. PLEASE CHECK AND ADVISE.

Mechanic Cause: TEST DROVE UNIT TWICE AND RADIO/GPS WORKED BOTH TIMES FOR ENTIRE TRIP.

Mechanic Correction: COULD NOT DUPLICATE.

| Labor Code | Description | Mechanic | Hrs |
|---|---|---|---|
| Z992 | Z990 | NM | 0.10 |

**Job #: 3 - Warranty**
Status: Completed
CUSTOMER STATES: RATTLE IN THE DRIVER SIDE DOOR. INSPECT & ADVISE

Mechanic Cause: NOISE IS COMING FROM AREA ABOVE DOOR WHERE OVERHANG ATTACHES TO CAB. WILL NEED ADDITIONAL TIME TO REMOVE TRIM AND SEE WHATS GOING ON INSIDE CAP. NOISE COMING FROM FRONT D/S CORNER.



Mechanic Correction: NEED ADDITINAL TIME TO GET IN THERE AND SEE WHAT IS MAKING NOISE.

**Labor**

| Code | Description | Mechanic | Hrs |
|------|-------------|----------|-----|
| Z992 | Z990 | NM | 0.10 |

**Job #: 4 - Warranty**
Status: Completed
CUSTOMER STATES: STITCHING IN COUCH COMING APART - INSPECT & ADVISE.

Mechanic Cause: STITCHING IS INDEED PULLING OUT.

Mechanic Correction: WILL NEED TO R&R COUCH. WROTE CARD.

**Labor**

| Code | Description | Mechanic | Hrs |
|------|-------------|----------|-----|
| Z992 | Z990 | NM | 0.10 |
| Z992 | Z990 | | 0.40 |

**Parts**

| Part # | Description | Status | Qty |
|--------|-------------|--------|-----|
| 0383651 | SOFA, 60", TRI-FOLD, TFN0 | 1.00 On Hand | 1.00 |

**Other Services**

| Code | Description | | Qty |
|------|-------------|--|-----|
| FRT | FREIGHT | | 0.00 |

**Job #: 5 - External**
Status: C
CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. LEFT SIDE BEFORE BEDROOM. NEED PICTURES

Mechanic Cause: STOPS NOT SET

Mechanic Correction: RESET STOP AND RISE SPEED. COMPLETE.

**Labor**

| Code | Description | Mechanic | Hrs |
|------|-------------|----------|-----|
| Z992 | Z990 | NM | 0.10 |

**Job #: 6 - External**
Status: C
CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. RIGHT SIDE BEFORE BEDROOM. NEED PICTURES

Mechanic Cause: STOP AND SPEED NOT SET

Mechanic Correction: SET STOP AND RISE SPEED. COMPLETE.

**Labor**

| Code | Description | Mechanic | Hrs |
|------|-------------|----------|-----|
| Z992 | Z990 | NM | 0.10 |

**Job #: 7 - External**
Status: C
CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. LEFT SIDE IN BEDROOM. NEED PICTURES

Mechanic Cause: STOP AND RISE SPEED NOT SET.

Mechanic Correction: SET STOP AND RISE SPEED. COMPLETE.

**Labor**

| Code | Description | Mechanic | Hrs |
|------|-------------|----------|-----|

|  | Z990 |  | NM |  | 0.10 |

**Job #: 8 - External**
Status: C
CUSTOMER STATES: WINDOW BLIND INOP - DOES NOT ROLL UP. RIGHT SIDE IN BEDROOM.
NEED PICTURES

Mechanic Cause: STOP AND RISE SPEED NOT SET.

Mechanic Correction: SET STOP AND RISE SPEED. COMPLETE.

| Labor Code | Description | Mechanic | Hrs |
|---|---|---|---|
| Z992 | Z990 | NM | 0.10 |

**Job #: 9 - External**
Status: C
CUSTOMER STATES: REFER DOOR DOES NOT SEAL FLUSH. VERY LOOSE AND FEELS A DRAFT.
INSPECT & ADVISE.

Mechanic Cause: GASKET IS MAKING CONTACT ALL THE WAY AROUND BOTH FRIDGE AND
FREEZER. THERE CANT BE A DRAFT BECAUSE THERE IS NO FAN IN THIS REFER.
NORCOLD N811RT 27101827

Mechanic Correction: COULD NOT DUPLICATE.

| Labor Code | Description | Mechanic | Hrs |
|---|---|---|---|
| Z992 | Z990 | NM | 0.10 |

**Job #: 10 - External**
Status: C
CUSTOMER STATES: ENTRY DOOR RATTLES VERY LOUD WHILE IN TRANSIT. INSPECT & ADVISE
NEED PICTURES. 8/27 CUSTOMER STATES THE DOOR STILL WONT SEAL, LOOK AT TOP RIGHT
CORNER. PLEASE RE-VISIT.

Mechanic Cause: ENTRY DOOR LOCK SQUEAKING. LUBE LOCK AND POST

Mechanic Correction: LUBE LOCK AND POST. NO AREAS WHERE METAL IS RUBBING. DROVE AGAIN
AFTER LUBING AND NO MORE NOISE FROM ENTRY DOOR.

| Labor Code | Description | Mechanic | Hrs |
|---|---|---|---|
| Z992 | Z990 | NM | 0.10 |



comments

WE GOT RO WITH DIAG ASAP CUST PICKING UP 7/7. INFORMED AMANDA WHEN I PICKED UP RO NOT LIKELY TO GET IN SHOP IN THIS TIME FRAME. 7/6 DIAGS COMPLETE BACK TO AB
07/06/2019 - CUSTOMER WILL PICK UP UNIT AND RETURN UNIT AFTER TRIP FOR WARRANTY REPAIRS (AB)
07/06/2019 - REMINDER ***WHEN CUST CAME TO PICK UP UNIT, ENTRY DOOR LOCK COATING LOOKS LIKE THE FINISH WAS TARNISHED FROM CHEMICAL USED TO LUBRICATE DOOR FROM JOB #10 - NEED TO SEE IF WE CAN PAINT? (AB)
7/16/19 - RECEIVED CLAIM TO SUBMIT ON 7/15/19 - SUBMITTED FOR JOBS #1 AND # 4 ALL OTHERS ARE ADJUSTMENTS THAT ARE CUSTOMER PAY MAINTAINANCE OR NEVER DIAGNOSED / BGM
7/17/19 - STILL PENDING AUTH / BGM
7/18/19 - STILL PENDING AUTH / BGM
7/19/19 - PENDING AUTH STILL / BGM
7/22/19 - THOR AUTHORIZED AS JOB# 1 AND TO REPLACE THE SOFA SEAT FOR JOB #4 ALL OTHERS ARE DENIED / ADJUSTMENTS / MAINTAINANCE / PARTS CARD TO BRYAN / RO TO AB / BGM
7/22 SOFA ORDERED BU
7/31 EMAILED CUSTOMER UPDATE. - Good evening,
I am Megan Sutera, a service advisor at Camping World of Lakewood.
I wanted to reach out to let you know that Amanda is no longer working here and that I have taken over your work order.
I will reach out to you when it is time to schedule you to come back for you repairs to be completed.
You currently have parts on order.
Thank you
-MS
8/22 SOFA HERE -KVH

I hereby authorize the repair work herein set forth to be done with the necessary parts and materials. I agree that Camping World RV Sales (CW) is not responsible for loss or damage to the vehicle or trailer in the case of fire, theft or any other cause beyond it's control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant CW permission to operate the vehicle or trailer herein described on streets, highways or elsewhere for the purpose of testing or inspection. I agree that CW is not responsible for the loss or spoilage of perishable items left in the vehicle or trailer nor for damage to vehicle or trailer during test drives due to road hazards. I understand that I am responsible for winterizing the vehicle or trailer and authorize CW to perform this service at my cost in order to prevent the risk of damage from freezing. An Express Mechanics Lien is hereby acknowledged on above described vehicle or trailer to the amount of repairs thereto. All parts removed will be discarded unless instructed otherwise by notation on the workorder. Any repairs completed as a discount or at no charge are considered Customer accommodation from CW and in no way constitutes an express or implied warranty, nor does it modify any contract term or warranty, if any, then in effect. Due to price increases estimates are valid for 60 days from the estimate date. I understand storage charges of $20.00 per day will accrue if I fail to pick up my vehicle or trailer within 3 days, exclusive of Saturday, Sunday, and any legal holiday, after notification of the completion of authorized repairs. I understand that should the manufacturer or insurer decline to pay for a repair that I have requested, I will be responsible for any and all labor incurred in the diagnosis of that repair should I decline to have that repair performed. I will maintain in full force and effect vehicle or trailer insurance for body and property damage, collision, fire, theft and fully comprehensive coverage. I acknowledge that my insurance will cover any such damage to the extent that the loss is not caused by CW. I acknowledge that I will be responsible for any deductible due.
I DO NOT WISH TO RECEIVE ANY FURTHER ESTIMATE, EITHER WRITTEN OR ORAL, TO WHICH I MAY BE ENTITLED BY LAW, BEFORE REPAIRS ARE AUTHORIZED.

EXPRESSED CONSENT

EVERY EFFORT IS MADE TO ENSURE THAT ANY SERVICE OF, OR REPAIR TO, YOUR VEHICLE IS PERFORMED IN A TIMELY MANNER, NO LATER THAN THIRTY (30) DAYS FROM THE DATE YOUR VEHICLE IS ACCEPTED FOR SERVICE OR REPAIR. HOWEVER, IN SOME CASES, DELAYS IN OBTAINING PARTS OR WARRANTY AUTHORIZATIONS AS WELL AS OTHER CIRCUMSTANCES MAY CAUSE THIS TIME FRAME TO BE EXCEEDED. IN THOSE CASES, WHERE REPAIRS OR SERVICE EXCEED THIRTY (30) DAYS, YOUR SIGNATURE BELOW CONSTITUTES YOUR EXPRESS CONSENT THAT CW MAY RETAIN YOUR VEHICLE FOR SUCH ADDITIONAL REASONABLE TIME NECESSARY TO ALLOW COMPLETION OF YOUR REQUESTED REPAIRS OR SERVICE. I HAVE READ THIS CONSENT AND CW REPRESENTATIVE HAS EXPLAINED IT TO ME AND I AGREE TO IT'S TERMS. I ACKNOWLEDGE THAT THIS CONSENT IS VOLUNTARY AND THAT CW WILL PERFORM ANY WARRANTY REPAIRS EVEN IF I DID NOT SIGN THIS CONSENT.
No repair item is preventing me from using my RV, but I elect to leave my RV with CW until such repairs are complete.

By signing below, I expressly authorize CW, along with its agents and affiliates, to call me or send me recorded messages or texts about their products or services, using automated technology, to this telephone number _____ which I certify is my own number. I understand that I am not required to consent in order to purchase.

8/27/2019
DATE                                    SIGNATURE

**CAMPING WORLD RV SALES - LAKEWOOD**
1359 RIVER AVE
LAKEWOOD NJ 08701
(PH) 732-901-5757

*Parts take up to 2 weeks to come in*

WO #: 48295  (Appointment Date: 27 AUG 2019 – Time: 01:00pm)
Customer Name: 2154269 - RUSSO, GRISEL
WO Date: 27 AUG 19
Tag#: 3573

First Name: GRISEL

COACH   Invoice#:

Phone#(bus):
Cell Phone:
Email: MVR2000@AOL.COM

Brand: CHATEAU CITATION
Model: 24SR
Length:
Serial#: NCT24SR0001049
Chassis#: WDAPF4CC5H9722505
Miles/Hrs: 3746
Purchased Date: 17 DEC 18
Warranty Date: 17 DEC 18
InService Date: 27 AUG 19

Promised Date:

---

### Job #1 - Warranty
COMPLAINT: CUSTOMER STATES SCREW COVERS ARE POPPING OFF WHERE THE CEILING MEETS THE WALLS. PLEASE CHECK AND ADVISE.

CAUSE: screws coming off cause stripped out of wall

*approved (part required)*

CORRECTION: need news one with covers .2 to change

| Labor Code | Description | Mechanic | Total |
|---|---|---|---|
| Z992 | Z990 | GL | N/C |
| Z992 | Z990 | | N/C |
| | | Subtotal for Job #1: | 0.00 |

### Job #2 - Warranty
COMPLAINT: CUSTOMER STATES THE STEPS WERE WORKING, NOW STOPPED AFTER MAKING A HORRIBLE GRINDING NOISE, CUSTOMER THINKS THE MOTOR MAY HAVE GONE BAD. PLEASE CHECK AND ADVISE.

CAUSE: step motor seized stopped working

*approved (part required)*

CORRECTION: need to replace motor two hours

| Labor Code | Description | Mechanic | Total |
|---|---|---|---|
| Z992 | Z990 | GL | N/C |
| Z992 | STEP MOTOR | | N/C |
| | | Subtotal for Job #2: | 0.00 |

### Job #3 - Warranty
COMPLAINT: CUSTOMER STATES THE AWNING REAR BAR SNAPPED. THE BAR IS ON THE SOFA ON THE DRIVERS SIDE. CUSTOMER STATES IT WAS THE ALUMINUM PART THAT FAILED AND IT WAS NOT OUT DURING ANY KIND OF WIND STORM. PLEASE CHECK AND ADVISE.

CAUSE: seems like awning was hit by something there scratches going along the rv awning side too need to replace awning

*approved (part required)*

CORRECTION: five hours to replace

**Labor**

| Code | Description | Mechanic | Total |
|------|-------------|----------|-------|
| Z992 | Z990 | GL | N/C |
| Z992 | AWNING | | N/C |

| | Subtotal for Job #3: | 0.00 |
|--|--|--|

---

**Job #4 - External**
COMPLAINT: CUSTOMER STATES THE LIVING AREA ROOF A/C DRIPS OFF THE ROOF OVER INTO
THE AWNING MOTOR RIGHT NEXT TO ENTRY DOOR. WATER WILL ALSO DRIP ONTO THE ENTRY
DOOR. PLEASE CHECK AND ADVISE.

CAUSE: checked roof seen tracks where water runs down to gutters are clogged with stuff need to clean
out

CORRECTION: .2 to clean —   *Denied (maintenance)*

| Labor Code | Description | Mechanic | Total |
|------------|-------------|----------|-------|
| Z992 | Z990 | GL | 14.50 |

| Other Services Code | Description | Qty | Price | Total |
|---------------------|-------------|-----|-------|-------|
| DFRT | SHIPPING & HANDLING RECOVERY | 1.00 | 20.00 | 20.00 |
| SS2 | SHOP SUPPLIES | 1.00 | 10.88 | 10.88 |

| | Subtotal for Job #4: | 45.38 |
|--|--|--|

---

**Job #5 - External**
COMPLAINT: CUSTOMER STATES THE LIVING ROOM ROOF A/C  WHILE TURNED ON AND WHEN IT
KIS RAINING WATER WILL POUR INTO THE UNIT. PLEASE CHECK AND ADVISE.

CAUSE: seems like the water from ac running down into a corner on roof where theres a gap that needs to
be sealed see pic

CORRECTION: .4 to spot seal the corner on the roof where water can be comin inside also   *Denied (maintenanc*

| Labor Code | Description | Mechanic | Total |
|------------|-------------|----------|-------|
| Z992 | Z990 | GL | 14.50 |

| | Subtotal for Job #5: | 14.50 |
|--|--|--|

---

**Job #6 – Warranty**   *Can don*
COMPLAINT: CUSTOMER STATES THERE IS A MAJOR LEAK IN THE SKYLIGHT WHEN RAINING.
THE CUSTOMER STATES THEY HAD TO USE BUCKETS TO CATCH THE WATER. PLEASE CHECK
AND ADVISE.

CAUSE: seems like leak can be coming from same spot where theres a gap on roof needs to be resealed   *this te...*

CORRECTION: need 0.4 to reseal gap on roof   *approved - ...
care of Job 5*

| Labor Code | Description | Mechanic | Total |
|------------|-------------|----------|-------|
| Z992 | Z990 | GL | N/C |
| Z992 | SKYLIGHT | | N/C |

| | Subtotal for Job #6: | 0.00 |
|--|--|--|

---

**Job #7 - External**
COMPLAINT: CUSTOMER STATES THE MAIN WATER VALVE AT CITY WATER IS GUSHING OUT OF
THE BOTTOM WHEN TURNED ONTO CITY FILL AND HOSE IS HOOKED UP. PLEASE CHECK AND
ADVISE.

CAUSE: hooked water hose to city nothing was gushing down could have been that the valve to fresh tank

---



was open

CORRECTION: no repair needed.                     Complete.

| Labor Code | Description | Mechanic | Total |
|---|---|---|---|
| Z992 | Z990 | GL | 14.50 |
| | | **Subtotal for Job #7:** | **14.50** |

**Job #8 - Warranty**
COMPLAINT: CUSTOMER STATES THE VINYL FLOOR IS LIFTING WHILE DRIVING RIGHT BEHIND
DRIVER AND PASSENGER SEATS. PLEASE CHECK AND ADVISE.

*waiting c*
*floor repa*
*guy for es*

CAUSE: check with hollywood see if he can do something looks  like is the wood underneath floor

CORRECTION: done

| Labor Code | Description | Mechanic | Total |
|---|---|---|---|
| Z992 | Z990 | GL | N/C |
| | | **Subtotal for Job #8:** | **0.00** |

**Job #9 - Warranty**
COMPLAINT: CUSTOMER STATES THE P/S SIDE REAR LEVELER DOES NOT COME DOWN AT ALL.
PLEASE CHECK AND ADVISE.

CAUSE: checked and seen one side goes down.think shaft in middle disconnected causing the other side
not to work

*approved to replace switch
on 4. (part required)*

CORRECTION: two hour to replace stabilibzer

| Labor Code | Description | Mechanic | Total |
|---|---|---|---|
| Z992 | Z990 | GL | N/C |
| Z992 | SWITCH | | N/C |
| | | **Subtotal for Job #9:** | **0.00** |

**Job #10 - Warranty**
COMPLAINT: CUSTOMER STATES THE FURNACE WOODEN VENT THAT CLICKS ON DOES NOT
STAY ON. PLEASE CHECK AND ADVISE.

CAUSE: locks not adjusted

*approved*              *we can do n*

CORRECTION: need .3 to adjust locks

| Labor Code | Description | Mechanic | Total |
|---|---|---|---|
| Z992 | Z990 | GL | N/C |
| Z992 | Z990 | GL | N/C |
| Z992 | ADJUST | | N/C |
| | | **Subtotal for Job #10:** | **0.00** |

**Job #11 - Warranty**
COMPLAINT: CUSTOMER STATES THE BEDROOM SLIDE OUT WHEN HAS GAPS WHERE YOU CAN
SEE STRAIGHT THROUGH TO DAYLIGHT. BUGS GET INTO THE UNIT FROM HERE. PLEASE CHECK
AND ADVISE.

CAUSE: no gasket present in this location. needs some kind of gasket to seal the outside of slide where
water drips too.

